[No. 53779-2-I. Division One. November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. AVINESH PRASAD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-09854-6, Palmer Robinson, J., entered February 17, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53885-3-I. Division One. November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD ALLEN MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-02417-8, Stephen J. Dwyer, J., entered February 8, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53926-4-I. Division One. November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON TRAVIS BARRON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-10020-6, Julie Spector, J., entered March 1, 2004. *Reversed* by unpublished per curiam opinion.

[No. 53984-1-I. Division One. November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. C.M.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-04671-1, Suzanne M. Barnett, J., entered February 19, 2004. *Affirmed* by unpublished per curiam opinion.